IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAZMINE CHARLES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:25-cv-77-TFM-N |
| LIFEFORCE DIGITAL, INC., | ) ) ) |
| Defendant. | ) |

### MEMORANDUM OPINION AND ORDER

On June 2, 2025, the Magistrate Judge entered a report and recommendation which recommends the Defendant's motion to compel arbitration be granted and this action stayed pending arbitration. *See* Doc. 24. No objections were filed and the time frame has long passed. Therefore, it is ripe for review..

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, it is **ORDERED** as follows:

(1) Plaintiff's motion for declaratory action (Doc. 6) is **DENIED**;

(2) Defendant's motion to compel arbitration (Doc. 9) is **GRANTED**;

(3) This matter is **STAYED** pending the outcome of arbitration, and the Clerk of Court is **DIRECTED** to place this matter on the administratively closed docket; and

(4) The parties are **ORDERED** to file with the Court a joint notice within seven (7) days of the completion of arbitration.

**DONE** and **ORDERED** this 19th day of September, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE